IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| QUENTIN TERRELL | NO. 1:21-CV-04224 |
| VS. | |
| TOWN OF WOODWORTH, BERKSHIRE HATHAWAY GUARD INSURANCE COMPANIES, MAYOR DAVID BUTLER, IN HIS OFFICIAL CAPACITY, JAMES GONZALES, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY AND LORY MALONE, IN HIS INDIVIDUAL CAPACITY | JUDGE DAVID JOSEPH  MAG. JUDGE PEREZ-MONTES |

### ORDER

Considering the above and foregoing Consent Motion for Leave to File First Amended Complaint;

**IT IS ORDERED** that the Motion is **GRANTED;**

**IT IS FURTHER ORDERED** that the clerk enter into the record the Plaintiff's First Amended Complaint.

**ALEXANDRIA, LOUISIANA** this ___18th___ day of ___April_____, 2022.

_____
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA