UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| QUENTIN TERRELL | CIVIL DOCKET NO. 1:21-CV-04224 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| TOWN OF WOODWORTH, ET AL | MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 40], and after a de novo review of the record, including the LIMITED AND PARTIAL OBJECTION filed by Defendants [Doc. 41], having determined that the Magistrate Judge's findings and recommendations are correct under the applicable law;

IT IS HEREBY ORDERED that Defendants' Rule 12(b)(6) Motion to Dismiss [Doc. 16] is GRANTED, and that Terrell's § 1983 claims are DISMISSED WITH PREJUDICE, and Terrell's state law claims are DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED in Chambers this 21st day of June, 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE